UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK R. WEISS

        Plaintiff,

v.

FORUM ASSET MANAGEMENT, LLC

        Defendant.

Case No. 08-cv-5331 (NRB)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NEW YORK )

        NICHOLAS S. FELTHAM, being duly sworn, deposes and says:

        1.    I am over the age of 18 years, and am not a party to this proceeding. I reside in Kings County, New York.

        2.    On June 11, 2008, I personally served an original Summons and a copy of the Complaint in the above-captioned matter on the Defendant, Forum Asset Management, LLC, by hand delivering said documents to Defendant's principal place of business at 140 E. 45th Street – Suite 14 A, New York, NY 10017 and leaving them with Americo Da Corte, a principal of the Defendant, who agreed to accept service its behalf.

                                                                             Nicholas S. Feltham

Sworn to before me this
17th day of June, 2008

_____
Notary Public

ANN MARIE TERRACINO
Notary Public State of New York
No. 01TE6111281
Qualified in Richmond County
Commission Expires June 7, 2012

*428497.1*