USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x

MARK R. WEISS,

                Plaintiff,                    Case No. 08 CV 5331 (NRB)

    - against –                       **STIPULATION OF DISMISSAL**

FORUM ASSET MANAGEMENT, LLC,

                Defendant.
-------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that (i) plaintiff Mark R. Weiss dismisses and discontinues this action, without prejudice, as against defendant Forum Asset Management, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and (ii) this stipulation of dismissal may be executed by facsimile and in counterparts.

Dated: July 2, 2008

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By: _____
    Martin S. Hyman (MH-4131)

437 Madison Avenue
New York, New York 10022
Phone: (212) 907-7300
Facsimile: (212) 754-0330

Attorneys for Plaintiff
MARK R. WEISS

KLEINBERG, KAPLAN, WOLFF
& COHEN, P.C.

By: _____
    Marc R. Rosen (MR-9844)

551 Fifth Avenue – 18th Floor
New York, New York 10176
Phone: (212) 986-6000
Facsimile: (212) 986-8866

Attorneys for Defendant
FORUM ASSET MANAGEMENT, LLC

MROSEN\134589.2 - 7/2/08

7/3/08